1

2

3

4

5

6

7

8

9

10

11

12

13

14

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK DALE CONNER, D-54726,        )
                                     )
          Petitioner,                )        No. C 13-3745 CRB (PR)
                                     )
     vs.                             )        ORDER OF TRANSFER
                                     )
G. SWARTHOUT, Warden,                )        (Docket #2)
                                     )
          Respondent.                )
_____    )

Petitioner seeks federal habeas review of the execution of a sentence imposed by Los Angeles County Superior Court, which lies in the Central District of California. See 28 U.S.C. § 84(c). Petitioner is incarcerated at California State Prison, Solano in Solano County, which lies in the Eastern District of California. See id. § 84(b).

Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

1         Because Solano County lies in the Eastern District of California, the court orders

2    that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the

3    interest of justice, this petition be transferred to the United States District Court for the

4    Eastern District of California.

5         The clerk shall transfer this matter and terminate all pending motions as moot.

6    SO ORDERED.

7    DATED:  Aug. 16, 2013

8                                  CHARLES R. BREYER
                                     United States District Judge

Z:\PRO-SE\CRB\HC.13\Conner, P.13-3745.transfer.wpd

2