IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DALE CONNER, D-54726, ) | |
| ) | |
| Petitioner, ) | No. C 13-3745 CRB (PR) |
| ) | |
| vs. ) | ORDER OF TRANSFER |
| ) | |
| G. SWARTHOUT, Warden, ) | (Docket #2) |
| ) | |
| Respondent. ) | |
| ) | |

      Petitioner seeks federal habeas review of the execution of a sentence imposed by Los Angeles County Superior Court, which lies in the Central District of California. See 28 U.S.C. § 84(c). Petitioner is incarcerated at California State Prison, Solano in Solano County, which lies in the Eastern District of California. See id. § 84(b).

      Venue is proper in a habeas action in either the district of conviction or the district of confinement, id. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum to review conviction).

1  Because Solano County lies in the Eastern District of California, the court orders
2 that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the
3 interest of justice, this petition be transferred to the United States District Court for the
4 Eastern District of California.
5  The clerk shall transfer this matter and terminate all pending motions as moot.
6 SO ORDERED.
7 DATED: Aug. 16, 2013
   _____
   CHARLES R. BREYER
8  United States District Judge

Z:\PRO-SE\CRB\HC.13\Conner, P.13-3745.transfer.wpd

2